JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN COOK,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NOVO NORDISK, LLC, et al.,<br>　　　　Defendants. | CV 19-5027 DSF (JPRx)<br><br>JUDGMENT |

　　The Court having granted Defendant's motion for summary judgment,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 8, 2020

　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　United States District Judge